IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 11-567 |
| | ) | |
| ELAINE A. BROWN, et al., | ) | Judge Landya B. McCafferty |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION BETWEEN THE UNITED STATES**
**AND MASCOMA SAVINGS BANK**

In this action, the United States seeks to enforce federal tax liens against parcels of real property located at 401 Center of Town Road, Plainfield, New Hampshire, and 27 Glen Road, West Lebanon, New Hampshire, hereinafter "Properties." The United States of America and Mascoma Savings Bank (hereinafter "Mascoma") stipulate and agree to the following:

1. The United States named Mascoma as a party to this action pursuant to 26 U.S.C. § 7403(b), because it has, or may claim, an interest in the Properties.

2. Mascoma disclaims its rights, titles, and interests in the Properties.

3. Mascoma disclaims any rights, interests, or claims it may have to the proceeds of sale of the Properties.

4. Mascoma agrees that the United States may receive the relief it requested in its complaint.

5. Subject to the approval of the Court, the parties to this stipulation agree that Mascoma shall not be required to actively participate in this action except to the

8689403.1

extent identified below.  Unless indicated below or otherwise ordered by the Court, Mascoma is excused from complying with any initial disclosure obligations, discovery obligations, obligations to prepare any final pre-trial order or part thereof, and any obligation to appear at any pretrial or settlement conferences.

| | |
|---|---|
| Counsel for the Plaintiff, United States of America, | Counsel for the Defendant, Mascoma Savings Bank, |
| */s/Andrew A. De Mello*<br>ANDREW A. DE MELLO<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, D.C. 20044<br>Tel: (202) 307-1372<br>andrew.a.de.mello@usdoj.gov<br><br>Dated:  July 19, 2012 | */s/R. Matthew Cairns*<br>R. MATTHEW CAIRNS<br>Gallagher, Callahan, & Gartrell PC<br>214 North Main Street<br>P.O. Box 1415<br>Concord, New Hampshire  03302-1415<br>Tel: (603) 228-1181<br>Fax: (603) 224-7588<br>cairns@gcglaw.com |

**IT IS SO ORDERED THIS** 25 **DAY OF** _____July_____, 2012

                                               `/s/ Daniel J. Lynch`
                                               Honorable Daniel J. Lynch
                                               United States Magistrate Judge

**Certificate of Service**

I hereby certify that on July 20, 2012, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Philip B. Bradley
State of New Hampshire
NH Attorney General's Office (Civil)
Civil Bureau
33 Capitol St
Concord, NH 03301-6397
271-3658
Email: philip.bradley@doj.nh.gov

Barry C. Schuster
Schuster Buttrey & Wing PA
Town of Plainfield
PO Box 388
Lebanon, NH 03766
448-4780
Email: barry@ivylegal.com

Shawn M. Tanguay
Gardner & Fulton & Waugh, PLLC
City of Lebanon
78 Bank St
Lebanon, NH 03766-1727
603 448-2221
Email: shawn.tanguay@gardner-fulton.com

R. Matthew Cairns
Gallagher Callahan & Gartrell PC
214 No. Main St
PO Box 1415
Concord, NH 03302-1415
603 228-1181
Fax: 603 224-7588
Email: cairns@gcglaw.com

Parties may access this filing through the Court's system.

And, I hereby certify that I mailed on the same day by the United States Postal Service the foregoing document to the following non-CM/ECF Participants:

None.

                                                  */s/Andrew A. De Mello*
                                                  ANDREW A. DE MELLO
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice