```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    v.                              Case No. 11-cv-567-PB

**Elaine Brown, et al.**


### O R D E R

I recuse myself from presiding over this case for the same reasons set forth in my order dated October 12, 2007 in United States v. Jason Gerhard (07-cr-168), United States v. Daniel Riley (07-cr-189), United States v. Robert Wolffe (07-cr-190) and United States v. Cirino Gonzalez (07-cr-191).

The case shall be assigned to another judge.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

September 17, 2012

cc:   Counsel of Record