```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    v.                                    Case No. 11-cv-567-PB

**Elaine Brown, et al.**


**O R D E R**

I recuse myself from presiding over this case for the same reasons set forth in my order dated October 12, 2007 in <u>United States v. Jason Gerhard</u> (07-cr-168), <u>United States v. Daniel Riley</u> (07-cr-189), <u>United States v. Robert Wolffe</u> (07-cr-190) and <u>United States v. Cirino Gonzalez</u> (07-cr-191).

The case shall be assigned to another judge.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

September 17, 2012

cc:  Counsel of Record