UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                          Civil No. 11-cv-567-JL

<u>Elaine A. Brown, et al.</u>

**ORDER OF RECUSAL**

Because related criminal cases against the defendant were prosecuted by the United States Attorney's Office during the time I served as the First Assistant U.S. Attorney, I hereby recuse myself from presiding over this case, and request that the case be assigned to another judge.

**SO ORDERED.**

                                            /s/ Joe Laplante
                                            Joseph N. Laplante
                                            United States District Judge

Dated:  September 17 2012

cc:  Andrew A. DeMello, Esq.
     Alex T. Case, Esq.
     R. Matthew Cairns, Esq.
     Philip B. Bradley, Esq.
     Barry C. Schuster, Esq.
     Shawn M. Tanguay, Esq.