UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                           Civil No. 11-cv-567

<u>Elaine Brown, et al.</u>


<u>O R D E R</u>

    The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

    SO ORDERED.

                                           /s/ Joseph A. DiClerico, Jr.
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

September 18, 2012

cc:  Philip B. Bradley, Esquire
     R. Matthew Cairns, Esquire
     Alex T. Case, Esquire
     Andrew A. DeMello, Esquire
     Barry C. Schuster, Esquire
     Shawn M. Tanguay, Esquire