UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                       Case No. 11-cv-567

<u>Elaine A. Brown, et al.</u>

**ORDER OF RECUSAL**

    I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

    **SO ORDERED.**

                                                _____
                                                Steven J. McAuliffe
                                                United States District Judge

September 20, 2012

cc:   Philip B. Bradley, Esq.
       R. Matthew Cairns, Esq.
       Alex T. Case, Esq.
       Andrew A. DeMello, Esq.
       Barry C. Schuster, Esq.
       Shawn M. Tanguay, Esq.