**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                          Civil No. 11-cv-567

<u>Elaine Brown, et al.</u>

ORDER OF RECUSAL

I hereby recuse myself from this case.

SO ORDERED.

                                          _____
                                          Landya B. McCafferty
                                          United States Magistrate Judge

Date: September 25, 2012

cc:   Philip B. Bradley, Esq.
       R. Matthew Cairns, Esq.
       Alex T. Case, Esq.
       Andrew A. De Mello, Esq.
       Barry C. Schuster, Esq.
       Shawn M. Tanguay, Esq.