# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.                                  Civil No. 11-cv-567

<u>Elaine Brown, et al.</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from this case.

SO ORDERED.

                              _____
                              Landya B. McCafferty
                              United States Magistrate Judge

Date:  September 25, 2012

cc:  Philip B. Bradley, Esq.
     R. Matthew Cairns, Esq.
     Alex T. Case, Esq.
     Andrew A. De Mello, Esq.
     Barry C. Schuster, Esq.
     Shawn M. Tanguay, Esq.