UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U S DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

SEP 2 5 2012

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

United States of America

     v.                          NH Civil No. 1:11-cv-567

Elaine A. Brown, et al

## CONCURRING ORDER

       I concur that George Z. Singal, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

       I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge John H. Rich III is assigned to perform such duties under 28 U.S.C. ' 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: ___9/25/12-_____

_____
Chief United States District Judge
District of Maine

cc:   Andrew A. De Mello, Esq.
       Alex T. Case, Esq.
       R. Matthew Cairns, Esq.
       Philip B. Bradley, Esq.
       Barry C. Schuster, Esq.
       Shawn M. Tanguay, Esq.
       Clerk, USDC- District of New Hampshire